No. 63850.—Liebermann Waelchli & Co., N.Y., Inc. *v.* United States, protest 58/10654 (New York).

Opinion by OLIVER, C. J.   In accordance with oral stipulation of counsel that the item in question is a household utensil, that it is composed in chief value of tin, and that it is not plated in platinum, gold, or silver, the claim of the plaintiff was sustained.

No. 63851.—Camera Specialty Co., Inc., and Rohner, Gehrig & Co., Inc. *v.* United States, protest 266801–K (New York).

Opinion by OLIVER, C. J.   In accordance with oral stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiffs was sustained.

No. 63852.—Eberling & Reuss Co. *v.* United States, protests 313447–K, 316323–K, and 58/2186 (Philadelphia).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of artistic glass articles the same in all material respects as those the subject of *Ebeling & Reuss Co.* v. *United States* (40 Cust. Ct. 387, C.D. 2009), the claim of the plaintiff was sustained.

No. 63853.—M. Hausman & Co. et al. *v.* United States, protests 59/19138, etc. (New York).

Opinion by OLIVER, C. J.   The protests were dismissed.